**James A. HEINE, Relator,**

v.

**APPLE AUTOMATIC FOOD SERVICE, and State Farm Insurance Company, Respondents.**

**No. C1–01–1723.**

Supreme Court of Minnesota.

Dec. 19, 2001.

## ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed September 10, 2001, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

BY THE COURT

J.E. Lancaster
Associate Justice

STRINGER, J., took no part in the consideration or decision of this case.